**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLUID DYNAMICS HOLDINGS, LLC,
a Delaware limited liability company,

        Plaintiff,

v.                                  CASE NO. 3:14-cv-1454-TJC-MCR

CITY OF JACKSONVILLE, a Florida
municipality and JACKSONVILLE
ELECTRIC AUTHORITY, a body politic
and corporate created by the Charter of
the City of Jacksonville, Florida,

        Defendants.
_____/

## JOINT PROPOSED TRIAL SCHEDULE

Pursuant to this Court's Order entered on August 29, 2017 (Docket No. 63), Plaintiff, Fluid Dynamics Holdings, LLC, and Defendants, City of Jacksonville and JEA, hereby submit this Joint Proposed Trial Schedule, and state:

1. On March 28, 2017, the Court entered an endorsed order in the above-styled matter vacating all case deadlines and settings until the Court ruled on Defendant JEA's motion for partial summary judgment as to its entitlement to sovereign immunity. See Docket No. 61.

2. On August 29, 2017, the Court granted Defendant JEA's motion for partial summary judgment and ordered the parties to file a proposed schedule to return this case to the active docket. See Docket No. 63.

3. Accordingly, the parties hereby jointly submit the following proposed trial schedule:

| Deadline or Event | Proposed Date |
|---|---|
| Motions to Add Parties or Amend Pleadings | October 23, 2017 |
| Initial Expert Disclosures | January 8, 2018 |
| Rebuttal Expert Disclosures | March 5, 2018 |
| Discovery Deadline | April 2, 2018 |
| Mediation Deadline | May 18, 2018 |
| Dispositive/Daubert Motions | April 30, 2018 |
| All Other Motions | August 6, 2018 |
| Pre-Trial Statement | August 6, 2018 |
| Pre-Trial Conference | August 6, 2018 |
| Trial Term | September 2018 |

**DATED: SEPTEMBER 22, 2017**

| | |
|---|---|
| **EHRENSTEIN CHARBONNEAU CALDERIN** | **OFFICE OF GENERAL COUNSEL** |
| */s/ Michael D. Ehrenstein* | */s/ Tiffiny Douglas Safi* |
| Michael D. Ehrenstein, Esq. | Tiffiny Douglas Safi, Esq. |
| Florida Bar No. 857378 | Florida Bar No. 682101 |
| mde@ecclegal.com | tsafi@coj.net; kmoran@coj.net |
| Jake M. Greenberg, Esq. | Rita M. Mairs, Esq. |
| Florida Bar No. 91118 | Florida Bar No. 560960 |
| jmg@ecclegal.com | mairsr@coj.net; lcenac@coj.net |
| 501 Brickell Key Drive, Suite 300 | 117 West Duval Street, Suite 480 |
| Miami, Florida 33131 | Jacksonville, Florida 32202 |
| Telephone   305.722.2002 | Telephone   904.630.1700 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

*/s/ Tiffiny Douglas Safi*
ATTORNEY