**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLUID DYNAMICS HOLDINGS, LLC,
a Delaware limited liability company,

        Plaintiff,

v.                                          CASE NO. 3:14-cv-1454-TJC-MCR

CITY OF JACKSONVILLE, a Florida
municipality and JACKSONVILLE
ELECTRIC AUTHORITY, a body politic
and corporate created by the Charter of
the City of Jacksonville, Florida,

        Defendants.
_____/

**JOINT MOTION FOR CONTINUANCE OF TRIAL TERM AND EXTENSION OF RELATED DEADLINES IN FOURTH AMENDED CASE MANAGEMENT AND SCHEDULING ORDER TO FACILITATE RESOLUTION**

Pursuant to Rule 6(b), Federal Rules of Civil Procedure, Plaintiff, Fluid Dynamics Holdings, LLC, and Defendants, the City of Jacksonville ("COJ") and the JEA, jointly move for a continuance of the current trial term and related pre-trial deadlines as set forth in this Court's Fourth Amended Case Management and Scheduling Order [D.E. 65], and state as follows:

        1.        On March 28, 2017, the Court entered an endorsed order in the above-styled matter vacating all case deadlines and settings until the Court ruled on Defendant JEA's motion for partial summary judgment as to its entitlement to sovereign immunity. See Docket No. 61.

2. On August 29, 2017, the Court granted Defendant JEA's motion for partial summary judgment and ordered the parties to file a proposed schedule to return this case to the active docket. See Docket No. 63.

3. On September 22, 2017, the Parties filed their Joint Proposed Trial Schedule. See Docket No. 64.

4. On September 27, 2017, the Court approved the Joint Proposed Trial Schedule and entered the Fourth Amended Case Management and Scheduling Order. See Docket No. 65.

5. After careful consideration of the Court's order granting JEA's motion for partial summary judgment, the parties believe it is in their best interest to extend the pre-trial deadlines for an additional 60 days while the parties coordinate, in good faith, a resolution of this matter that will involve a complete resolution as to the City of Jacksonville and a stipulation for final judgment in favor of JEA that preserves Fluid's right to appeal the Court's finding of sovereign immunity.

6. Accordingly, the parties hereby jointly submit the following proposed trial schedule:

| Event | Current Deadline | Proposed Date |
| --- | --- | --- |
| Motions to Add Parties or Amend Pleadings | October 23, 2017 | N/A |
| Initial Expert Disclosures | January 8, 2018 | March 8, 2018 |
| Rebuttal Expert Disclosures | March 5, 2018 | May 5, 2018 |
| Discovery Deadline | April 2, 2018 | June 2, 2018 |
| Mediation Deadline | May 18, 2018 | July 18, 2018 |

| Dispositive/Daubert Motions | April 30, 2018 | June 30, 2018 |
|---|---|---|
| All Other Motions | August 6, 2018 | October 6, 2018 |
| Pre-Trial Statement | August 6, 2018 | October 6, 2018 |
| Pre-Trial Conference | August 6, 2018 | October 6, 2018 |
| Trial Term | September 2018 | November 2018 |

**DATED: DECEMBER 7TH, 2017**

| | |
|---|---|
| **EHRENSTEIN CHARBONNEAU CALDERIN** | **OFFICE OF GENERAL COUNSEL** |
| */s/* Michael D. Ehrenstein | */s/ Tiffiny Douglas Safi* |
| Michael D. Ehrenstein, Esq. | Tiffiny Douglas Safi, Esq. |
| Florida Bar No. 857378 | Florida Bar No. 682101 |
| mde@ecclegal.com | tsafi@coj.net; kmoran@coj.net |
| Jake M. Greenberg, Esq. | Rita M. Mairs, Esq. |
| Florida Bar No. 91118 | Florida Bar No. 560960 |
| jmg@ecclegal.com | mairsr@coj.net; lcenac@coj.net |
| 501 Brickell Key Drive, Suite 300 | 117 West Duval Street, Suite 480 |
| Miami, Florida 33131 | Jacksonville, Florida 32202 |
| Telephone    305.722.2002 | Telephone    904.630.1700 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                                */s/* Michael D. Ehrenstein
                                                Michael D. Ehrenstein