**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLUID DYNAMICS HOLDINGS, LLC,
a Delaware limited liability company,

        Plaintiff,

vs.                                CASE NO.:   3:14-cv-01454-TJC-MCR

CITY OF JACKSONVILLE, *et al.*,

        Defendants.
_____/

**JOINT NOTICE OF COMPLIANCE WITH COURT ORDER [D.E. 67]**

    Plaintiff, Fluid Dynamics Holdings, LLC ("Fluid"), together with Defendants, City of Jacksonville (the "City") and the Jacksonville Electric Authority ("JEA"), by and through their respective undersigned counsel, hereby give notice of the status of the case pursuant to the Court's Order [D.E. 67] granting Joint Motion for Continuance of Trial Term and Extension of Related Deadlines in Fourth Amended Case Management and Scheduling Order to Facilitate Resolution (the "Motion to Continue"), and state as follows:

    1.    On December 7, 2017, the parties filed the Motion to Continue. [D.E. 66].

    2.    On December 11, 2017, the Court entered an Order granting the Motion to Continue, staying this matter pending the parties' resolution of the remaining matters in the case, and directing the parties to file a joint notice of the status of the case by February 13, 2018. [D.E. 67].

    A.  **Resolution of Claims Against the City**

    3.    On or about February 8, 2018, the City and Fluid entered into a settlement agreement, thereby resolving all claims between and among Fluid and the City.

4. Pursuant to the settlement agreement, Fluid will file a notice of voluntary dismissal, *with prejudice*, as to the City, which Fluid reasonably anticipates filing on or before Friday, February 16, 2018.

**B. Resolution of Fluid's Claims Against JEA**

5. On December 15, 2017, JEA filed its Motion for Summary Final Judgment (the "Motion for Summary Judgment"). [D.E. 68].

6. On December 29, 2017, Fluid filed its Response to JEA's Motion for Summary Judgment. [D.E. 69].

7. The Motion for Summary Judgment is now fully briefed and ripe for the Court's adjudication.

Respectfully submitted,

| | |
|---|---|
| **AGENTIS PLLC** | **OFFICE OF GENERAL COUNSEL** |
| */s/ Jake M. Greenberg* | */s/ Tiffiny Douglas Safi* |
| Jake M. Greenberg, Esq. | Tiffiny Douglas Safi, Esq. |
| Florida Bar No. 91118 | Florida Bar No. 682101 |
| jmg@agentislaw.com | tsafi@coj.net; kmoran@coj.net |
| 501 Brickell Key Drive, Suite 300 | Rita M. Mairs, Esq. |
| Miami, Florida 33131 | Florida Bar No. 560960 |
| Telephone   305.722.2002 | mairsr@coj.net; lcenac@coj.net |
| ATTORNEYS FOR PLAINTIFF | 117 West Duval Street, Suite 480 |
| | Jacksonville, Florida 32202 |
| | Telephone   904.630.1700 |
| | ATTORNEYS FOR DEFENDANTS |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2018, a true and correct copy of the foregoing was served via e-mail on counsel for Defendants, Tiffiny Safi, Esq., TSafi@coj.net, Office of General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202.

*/s/ Jake M. Greenberg*
Jake M. Greenberg