**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLUID DYNAMICS HOLDINGS,
LLC, a Delaware Limited Liability
Company,

    Plaintiff,

v.                                                         Case No.   3:14-cv-1454-J-32MCR

CITY OF JACKSONVILLE, a Florida
municipality and JACKSONVILLE
ELECTRIC AUTHORITY, a body
politic and corporate created by the
Charter of the City of Jacksonville,
Florida,

    Defendants.

---

## **O R D E R**

Upon review of Stipulation of Voluntary Dismissal With Prejudice (Doc. 73), filed on February 20, 2018, this case is dismissed with prejudice as to Defendant City of Jacksonville. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of February, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj

2

Copies:

Counsel of record

Case 3:14-cv-01454-TJC-MCR   Document 74   Filed 02/20/18   Page 2 of 2 PageID 618